IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff-Respondent, | § | |
| | § | |
| v. | § | Cr. No. C-06-442 (1) |
| | § | C.A. No. C-08-80 |
| JUAN FLORES SANCHEZ, | § | |
| | § | |
| Defendant-Movant. | § | |

## ORDER GRANTING MOTION FOR EXTENSION OF TIME

Pending before the Court is the United States' motion for extension, filed May 23, 2008, which seeks additional time to respond to Defendant's § 2255 motion. (D.E. 92.) The motion (D.E. 92) is GRANTED. The government shall file its response not later than July 21, 2008. Defendant shall file any reply not later than 30 days after service of the response.

It is so ORDERED this 6th day of June, 2008.

_____
Janis Graham Jack
United States District Judge